W. F. THOMPSON v. STATE.

No. A-961.   Opinion Filed November 21, 1911.

Appeal from Love County Court; R. A. Keller, Judge.

W. F. Thompson was convicted of violating the prohibitory law, and appeals.   Appeal dismissed.

T. C. Bennett, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error was convicted of a violation of the prohibitory law, and was, on the 3rd day of August, 1910, sentenced to pay a fine of one hundred fifty dollars and serve ninety days in the county jail.   On the same date plaintiff in error was given sixty days within which to perfect his appeal in this court.   The petition in error and case-made were not filed in this court until the 2nd day of December, 1910, one hundred twenty-one days after the rendition of judgment.   For the reason that the appeal was not filed within the time allowed by law and the order of the court, this court is without jurisdiction to review the same, and, upon motion of the Attorney General, the appeal is hereby dismissed.

BOB WATSON v. STATE.

No. A-989.   Opinion Filed November 21, 1911.

Appeal from Oklahoma County Court; Sam Hooker, Judge.

Bob Watson was convicted of violating the prohibitory law, and appeals.   Affirmed.

Guthrie & Cardwell, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error was convicted in the county court of Oklahoma county on the 28th day of May, 1910, on a charge of selling intoxicating liquor, and his punishment fixed at imprisonment in the county jail for a period of thirty days and a fine of .fifty dollars. A careful examination of the record discloses no error prejudicial to the substantial rights of plaintiff in error, and the judgment of the trial court is, therefore, affirmed.